IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**
JUN - 6 2013
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CR 13-039-JHP |
| v. ) | |
| ) | |
| JENNIFER CAMPBELL, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

### COUNT ONE:
### FEDERAL PROGRAM THEFT - 18 U.S.C. § 666

From in or about March 2010 to in or about July 2012, within the Eastern District of Oklahoma, the defendant, **JENNIFER CAMPBELL**, being an employee of the Carl Albert State College, said organization receiving each year benefits in excess of $10,000 from the United States, embezzled, stole, and intentionally misapplied property worth $59,000 which was under the care, custody and control of such organization.

All in violation of Title 18, United States Code, Section 666.

MARK F. GREEN
United States Attorney

_____
RYAN ROBERTS, OBA# 16433
Assistant United States Attorney