AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

EASTERN District of OKLAHOMA

**FILED**
JUN 17 2013
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR 13-39-JHP |
| | ) | |
| JENNIFER CAMPBELL | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   6/17/13

*Jennifer Campbell*
Defendant's signature

_____
Signature of defendant's attorney

_____
Judge's signature

KIMBERLY E. WEST, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*