UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff | ) | Case No.: | CR 13-39-JHP |
| | ) | | |
| v. | ) | Date: | 6/17/13 |
| | ) | | |
| JENNIFER CAMPBELL, | ) | Time: | 10:11 am - 10:24 am |
| Defendant. | ) | | |

MINUTE SHEET
WAIVER OF INDICTMENT / PLEA HEARING

Kimberly E. West, Judge          N. Horn, Deputy Clerk          K. McWhorter, Reporter
                                                                 FTR - Courtroom 3

Counsel for Plaintiff:   Ryan M. Roberts, AUSA
Counsel for Defendant:   Robert Ridenour, AFPD

[X] Fin. Afd / Deft orally requested counsel    Objections []yes  [X] no    [X] Court appointed counsel

Defendant appears in person: [X] with Counsel; [] Counsel waived; [] w/o Counsel;
Defendant: [X] Sworn
[X] Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

[X] Defendant advised of charges and possible penalties
[X] Guideline estimates discussed

[X] Defendant entered guilty plea to Count   1   of the Information

[X] No plea agreement
    [] Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
    [] Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived: [X] Indictment; [X] Jury Trial; [] Speedy Trial; [] 30 Days Preparation;
    [X] Waivers accepted by Court

[X] Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

[X] Defendant related facts of charge; [X] Government agreed Defendant's statements meet elements of offense

[X] Court findings:   [X] Defendant found mentally competent to understand charges and proceedings
                      [X] Factual basis for Defendant's plea;
                      [X] Defendant is guilty as charged as to Count   1   of the Information

[X] PSI Ordered        Probation Officer:   Kyle Shores

[X] Defendant released on  P/R  Bond with no pretrial supervision [] Defendant allowed to stand on present bond;   [] Government stipulates, findings made
[] Defendant remanded to custody of U.S. Marshal