IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 17 2013

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 13-39-JHP |
| | ) | |
| JENNIFER CAMPBELL, | ) | |
| Defendant. | ) | |

## CONSENT TO PROCEED FOR PLEA
## BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to trial before a United States District Judge and I consent to enter a plea before a United States Magistrate Judge and I understand I will be sentenced by a United States District Judge.

x _Jennifer Campbell_
Defendant: JENNIFER CAMPBELL

_____
Counsel for Defendant

Date:   6/17/13

Before:  Kimberly E. West
         United States Magistrate Judge