UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

**FILED**

JUN 1 7 2013

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. CR 13-39-JHP |
| | ) | |
| JENNIFER CAMPBELL, | ) | |
| Defendant. | ) | |

### WAIVER OF JURY

COMES NOW the undersigned defendant, and having been fully apprised of my rights, do hereby WAIVE my SIXTH AMENDMENT RIGHTS to a jury IN ALL RESPECTS both as to guilt or innocence and as to sentencing.

Accordingly, I hereby CONSENT that all matters in the above styled and numbered criminal proceedings be determined by the Court in accordance with Rule 23, Federal Rules of Criminal Procedure.

X _/s/ Jennifer Campbell_
Defendant

_____
Counsel for Defendant

CONSENT OF GOVERNMENT:

_/s/ Ryan Roberts_
Assistant United States Attorney

Signed and approved in open court this 17th day of June, 2013.

_____
U.S. Magistrate Judge