UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| U.S.A., | ) | | |
| Plaintiff(s) | ) | Case No. | CR 13-39-HP |
| | ) | | |
| v. | ) | Date: | 10/8/2013 |
| | ) | Time: | 11:23 a.m. - 11:34 a.m. |
| JENNIFER CAMPELL, | ) | | |
| Defendant(s). | ) | | |

## MINUTE SHEET - SENTENCING

James H. Payne, District Judge    G.Seward, Law Clerk    K.Sidwell, Reporter
C.Trzcinski, Deputy Clerk    FTR - Courtroom 1

Counsel for Plaintiff:   Douglas Horn, AUSA
Counsel for Defendant:   Robert Ridenour, AFPD

[X] Defendant appears in person with counsel    [] Counsel waived    [] Contested  [] Uncontested
[X] Plaintiff & Defendant reviewed PSI:  [] Objections by: [] Pltf [] Deft; [X] No Objections;  [X] Court adopts
[X] PSI will form factual basis for sentencing

[X] Defendant and counsel asked if they care to say anything before sentence is pronounced
    [] Statements by Government in aggravation/mitigation of punishment
    [X] Statements by defendant's counsel
    [X] Statements by defendant

**SENTENCE: As to Count   1   of the Information:**
**[X] Probation for a term of 3 years** [] Concurrent   [] Consecutive

[] Fine:    $_____
[X] Restitution:    $9,050.35 [] with interest  [X] interest waived
Defendant shall make restitution in the total amount of $9,050.35. Restitution is payable as set out in the Presentence Report. Restitution is to be made payable to the United States Court Clerk for the Eastern District of Oklahoma and is due and payable immediately. If defendant's financial condition does not allow for immediate payment, the restitution is to be paid in monthly installments of not less than $150.00, beginning 60 days after sentencing. In the event defendant receives any federal or state income tax refund during the period of supervision, defendant shall pay 50% of the total refund toward said restitution. Due to defendant's projected earning ability the Court has determined to waive any interest that may accrue pending payment in full. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon non-exempt property of the defendant discovered before or after the date of this judgment. Further, defendant shall comply with the Consent Judgment ordered in Tulsa County District Court in case number CJ-2013-02473 ordering defendant to re-pay $50,000.00 to Fidelity and Deposit Company of Maryland. Defendant shall comply with the payment schedule as agreed upon with Fidelity and Deposit Company of Maryland.

[X] Special Assessment:  $100.00 [X] due immediately

**[X] STANDARD CONDITIONS** given, including the following special conditions:
1. As a Special Condition of probation, defendant shall spend not less than 6 months under home detention, restricting defendant to her residence except for employment purposes, religious services on Sunday, and other short periods of time away from home as determined and approved by the Probation Office. In the event of a medical emergency, the emergency should be dealt with and the Probation Office contacted as soon as possible. The use of an electronic monitoring device to monitor your compliance is at the discretion of the U.S. Probation Office. Payment of any costs associated with the use of such device shall be the responsibility of the defendant.

[X] Deft shall, at the direction of the Probation Officer, cooperate with and submit to collection of a DNA sample for the submission to the Combined DNA Index System
[X] REASONS FOR IMPOSING SENTENCE given by Court
[X] Defendant advised of right to appeal    [] Defendant gives oral notice of appeal
**[X] Counsel is directed to file a notice of appeal or an affidavit within 14 days after judgment is entered advising the Court that counsel has consulted with defendant and he/she advised counsel they do not wish to perfect an appeal.**