IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>               Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JENNIFER SUE CAMPBELL  ,  )<br>              Defendant.  ) | Case No. CR-13-39-JHP |

## ACKNOWLEDGMENT AND WAIVER OF RIGHT TO APPEAL

I, Jennifer Sue Campbell, defendant in EDOK Case No. CR-13-39-JHP, have had my right to appeal my conviction and/or sentence explained to me by my attorney, Rob Ridenour, and I do not desire to exercise that right.

Date: 10/08/13

*Jennifer S. Campbell*
Jennifer Sue Campbell

I, Rob Ridenour, the attorney appointed by the Court to represent the defendant, Jennifer Sue Campbell, in EDOK Case No. CR-13-39-JHP, have advised the defendant of his/her right to appeal the conviction and/or sentence and of his/her right to counsel on appeal. I have further advised the defendant as to the advantages and disadvantages of appealing his/her conviction and/or sentence. I have further advised the defendant that the notice of appeal must be filed within 14 days after entry of the judgment or the order from which the appeal is taken.

Date: 10/8/2013

Rob Ridenour
Asst. Federal Public Defender