## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CR-13-39-JHP** |
| | ) | |
| **JENNIFER CAMPBELL,** | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

**COMES NOW** Thomas M. Wright, Assistant United States Attorney for the Eastern District of Oklahoma and hereby files this Motion to Withdraw as attorney for the United States in the above referenced case for the reason that effective January 10, 2015, I will no longer be employed by the United States Department of Justice.  Cheryl R. Triplett has entered an appearance and will handle the case.

MARK F. GREEN
United States Attorney

S/ THOMAS M. WRIGHT
THOMAS M. WRIGHT O.B.A. 20378
Assistant U. S. Attorney
520 Denison Avenue
Muskogee, OK 74401
Phone: (918) 684-5113
Fax: (918) 684-5130
E-mail: tom.wright@usdoj.gov