# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-13-00039-JHP |
| | ) |
| JENNIFER CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

## RELEASE AND SATISFACTION OF JUDGMENT

TO THE CLERK OF THE ABOVE ENTITLED COURT:

The Clerk of the United States District Court for the Eastern District of Oklahoma is requested to enter a Satisfaction of Judgment of record herein as the restitution in the above entitled case has been paid in full. (Notice of Lien recorded with the Leflore County Clerk on December 23, 2013, in Book 1891 at Page 835).

Dated this 6th day of May, 2015.

MARK F. GREEN
United States Attorney

/s/ *Cheryl R. Triplett*
CHERYL R. TRIPLETT
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401-6007
(918) 684-5111